DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MYRON L. DICKERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2787

[November 14, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case Nos. 08-21829CF10A and 09-21776CF10A.

Myron L. Dickerson, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***